Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**LENDIO, INC.; GREEN TOWN VENTURES CORP,** dba **BUSINESS BOUNCE;** and **DAVID A. BROWN,**<br><br>Defendant. | Case No. 8:15-cv-01077-JVS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 23rd day of February, 2016.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 23rd day of February, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 23rd day of February, 2016, via the ECF system to:

Honorable James V. Selna
United States District Court
Central District of California

And mailed to:

Mark L. Blake
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612

TOM COSTA
108 COURT NORTH DRIVE
MELVILLE, NEW YORK, 11747

Business Bounce
100 Sunnyside Blvd
Woodbury, NY 11797

This 23rd day of February, 2016.
By: s/Todd M. Friedman
    Todd M. Friedman